# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Mike DiGiulio
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

July 29, 2025

**Via ECF**

Hon. Paul J. Evangelista
United States Magistrate Judge
United States District Court
Northern District of New York
James T. Foley Courthouse, Suite 509
445 Broadway
Albany, New York 12207

Re: *Grimm v. Charter Communications LLC* – No. 1:25-cv-603
  **Request for Extension of Time**

Dear Hon. Judge Evangelista:

We represent Plaintiff Danielle Grimm ("Plaintiff") in the above-captioned matter. We write jointly with counsel for Defendant to respectfully request an extension of the deadlines for briefing Defendant's Motion to Dismiss (ECF No. 13).

Plaintiff's response is currently due on August 11, 2025, and Defendant's reply is due on August 18, 2025. Due to the schedules of counsel for both parties, we jointly request that the deadline for Plaintiff's response be extended to August 29, 2025, and that the deadline for Defendant's reply be extended to September 12, 2025.

This is the parties' first request for an extension of these deadlines.

We appreciate the Court's attention to this matter.

Respectfully Submitted,

*/s/ D. Maimon Kirschenbaum*
D. Maimon Kirschenbaum
JOSEPH & KIRSCHENBAUM, LLP
32 Broadway, Suite 601
New York, NY 10004

*Attorneys for Plaintiff*