# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**JOHN M. DOMURAD**                              **Federal Building and Courthouse**
**Clerk**                                            **P.O. Box 7367**
                                                      **Syracuse, New York 13261-7367**
**DANIEL R. MCALLISTER**                   **(315) 234-8500**
**Chief Deputy**

March 30, 2026

D. Maimon Kirschenbaum, Esq.
32 Broadway, Suite 601
New York, NY 10004

RE: Danielle Grimm vs. Charter Communications, LLC
NYND CASE NO. 1:25-cv-603 (AMN/PJE)

Dear Counsel,

Please be advised that the above case was filed May 13, 2025, in the Northern District of New York. You have since been removed from admission in the Northern District of New York for failure to register for the 2025 Biennial. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission or Pro Hac Vice Admission, instructions can be found on our website at https://www.nynd.uscourts.gov/attorney-admissions. Admission forms can be found at https://www.nynd.uscourts.gov/file/attorney-admissions-application-packet. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

                                    Very Truly Yours,

                                    JOHN M. DOMURAD, CLERK

                                    By: s/ Olivia Amoia, Case Processing Specialist

cc: Counsel of Record